**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-1209**

————————

LORENZO W. COATS,

Plaintiff - Appellant,

versus

SHAW UNIVERSITY; TALBERT O. SHAW; COLLIE
COLEMAN; LILLIE BOYD; CHEESETTE STOVAL,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-96-376-BR)

————————

Submitted:  May 28, 1998            Decided:  June 9, 1998

————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Lorenzo W. Coats, Appellant Pro Se.  Cressie Hampton Thigpen, Jr.,
THIGPEN, BLUE, STEPHENS & FELLERS, Raleigh, North Carolina, for
Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for Appellee on Appellant's claims of employment discrimination and declining to exercise jurisdiction over Appellant's state law libel and slander claims. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Coats v. Shaw University, No. CA-96-376-BR (E.D.N.C. Jan. 23, 1997). Additionally, we deny Appellant's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2